# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **KW-TUSCALOOSA HOTEL PARTNERS, LLC,** | ] | |
| **Plaintiff,** | ] | |
| v. | ] | **7:22-cv-00005-ACA** |
| **UPONOR INC., and UPONOR NORTH AMERICA,** | ] | |
| **Defendants.** | ] | |

## ORDER

On May 16, 2022, Plaintiff KW-Tuscaloosa Hotel Partners, LLC and Defendants Uponor, Inc. ("Uponor") and Uponor North America ("Uponor NA") filed a notice that, among other things, asks the court to enter an order dismissing Uponor NA without prejudice. (Doc. 36 at 2). Accordingly, the court **DISMISSES** Defendant Uponor NA from this case **WITHOUT PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this May 18, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE