IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **KW-TUSCALOOSA HOTEL PARTNERS, LLC,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | 7:22-cv-00005-ACA |
| ] | |
| **UPONOR INC., and** ] | |
| **UPONOR NORTH AMERICA,** ] | |
| ] | |
| **Defendants.** ] | |

## ORDER

Before the court is Defendant Uponor Inc.'s motion to stay proceedings and compel arbitration. (Doc. 33). Because Plaintiff KW-Tuscaloosa Hotel Partners, LLC consents to arbitration (doc. 36), the court **GRANTS** Uponor Inc.'s motion to compel arbitration and **STAYS** this proceeding.

Uponor Inc.'s motion to dismiss (doc. 20) remains pending for resolution through the arbitration process.

The court asks the Clerk to **ADMINISTRATIVELY CLOSE** this case.

**DONE** and **ORDERED** this May 18, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE